UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REX ANDERSON,

    Plaintiff,

v

BAY COUNTY ORTHOPEDICS,
CADILLAC ACCOUNTS RECEIVABLE
MANAGEMENT, McLAREN REGIONAL
MEDICAL CENTER, COLLECTION SERVICE
BUREAU, NORTHERN MICHIGAN EMERGENCY
PHYSICIANS, NORTHERN CREDIT BUREAU,
NORTHERN MICHIGAN HOSPITAL and
MONEY RECOVERY NATIONWIDE,

    Defendants.

Case No.2:09-cv-13341
Hon. Julian Abele Cook, Jr.
Mag. Judge Donald A. Scheer

| | |
|---|---|
| JAMES SHAW (P49003)<br>Law Office of James Shaw, PC<br>Attorney for Plaintiff<br>14801 Plymouth Crossing<br>Plymouth, MI  48170<br>(248) 559-1223<br>Attorneyshaw1@yahoo.com | DAVID A. LERNER (P44829)<br>Plunkett Cooney<br>Attorney for Defendant, Bay Street Orthopedics<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI  48304<br>(248) 901-4010<br>dlerner@plunkettcooney.com |
| PETER L. CONWAY (P23260)<br>Peter L. Conway PC<br>Atty for Def, McLaren Regional Medical Ctr<br>350 N. Court Street, Suite 301<br>Lapeer, MI  48446-2263<br>(810) 664-1388<br>conwaypc@tir.com | CHARITY A. OLSON (P68295)<br>LAW OFFICES OF CHARITY A. OLSON, P.C.<br>Attorneys for Cadillac Accounts Receivable<br>22142 West Nine Mile Road<br>Southfield, Michigan 48033<br>(248) 356-4400<br>Fax (248) 353-4840<br>colson@creditordefenselaw.com |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
AS TO BAY STREET ORTHOPEDICS AND CADILLAC ACCOUNTS
RECEIVABLE MANAGEMENT, ONLY**

    Plaintiff, Rex Anderson, by and through his attorney, James Shaw, and Defendants, Bay Street Orthopedics (incorrectly captioned as Bay County Orthopedics) and Cadillac Accounts Receivable Management ("Defendants"), by and through their attorneys, David A. Lerner and Charity A. Olson, hereby stipulate and agree that the above matter may and shall be dismissed

against these Defendants, only, with prejudice and without costs to either party hereto.

| /s/ James Shaw w/Consent on 12/15/09 | /s/ Charity A. Olson |
|---|---|
| JAMES SHAW (P49003)<br>Law Office of James Shaw, PC<br>Attorney for Plaintiff<br>14801 Plymouth Crossing<br>Plymouth, MI 48170<br>(248) 559-1223<br>Attorneyshaw1@yahoo.com | CHARITY A. OLSON (P68295)<br>LAW OFFICES OF CHARITY A. OLSON, P.C.<br>Attorneys for Cadillac Accounts Receivable<br>22142 West Nine Mile Road<br>Southfield, Michigan 48033<br>(248) 356-4400<br>colson@creditordefenselaw.com |

s/ David A. Lerner
DAVID A. LERNER (P44829)
Plunkett Cooney
Attorney for Defendant, Bay Street Orthopedics
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4010
dlerner@plunkettcooney.com

Dated:  February 24, 2010

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REX ANDERSON,

    Plaintiff,                        Case No.2:09-cv-13341
                                               Hon. Julian Abele Cook, Jr.
v                                         Mag. Judge Donald A. Scheer

BAY COUNTY ORTHOPEDICS,
CADILLAC ACCOUNTS RECEIVABLE
MANAGEMENT, McLAREN REGIONAL
MEDICAL CENTER, COLLECTION SERVICE
BUREAU, NORTHERN MICHIGAN EMERGENCY
PHYSICIANS, NORTHERN CREDIT BUREAU,
NORTHERN MICHIGAN HOSPITAL and
MONEY RECOVERY NATIONWIDE,

    Defendants.
_____

JAMES SHAW (P49003)
Law Office of James Shaw, PC
Attorney for Plaintiff
14801 Plymouth Crossing
Plymouth, MI  48170
(248) 559-1223
Attorneyshaw1@yahoo.com

DAVID A. LERNER (P44829)
Plunkett Cooney
Attorney for Defendant, Bay Street Orthopedics
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304
(248) 901-4010
dlerner@plunkettcooney.com


PETER L. CONWAY (P23260)
Peter L. Conway PC
Atty for Def, McLaren Regional Medical Ctr
350 N. Court Street, Suite 301
Lapeer, MI  48446-2263
(810) 664-1388
conwaypc@tir.com
CHARITY A. OLSON (P68295)
LAW OFFICES OF CHARITY A. OLSON, P.C.
Attorneys for Cadillac Accounts Receivable
22142 West Nine Mile Road
Southfield, Michigan 48033
(248) 356-4400
Fax (248) 353-4840
colson@creditordefenselaw.com

**ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
AS TO BAY STREET ORTHOPEDICS AND CADILLAC ACCOUNTS
RECEIVABLE MANAGEMENT, ONLY**

The Court having read the Stipulation filed herein and being fully advised in the premises;

IT IS HEREBY ORDERED that the above matter may and shall be dismissed against Defendants, Bay Street Orthopedics (incorrectly captioned as Bay County Orthopedics) and Cadillac Accounts Receivable Management ("Defendants"), only, with prejudice and without costs to either party hereto.

IT IS SO ORDERED.

Date: March 3, 2010                                      S/Julian Abele Cook, Jr.
                                                         Hon. Julian Abele Cook, Jr.
                                                         District Court Judge

Blmfield.03497.92869.1258416-1